CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RYAN M. MCNAMARA (SBN: 223606)
rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
Attorney for Defendants
Ioannis Gelastopoulos, Chrisoula Gelastopoulos and Midas International Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>         Plaintiff,<br><br>v.<br><br>IOANNIS GELASTOPOULOS, in individual and representative capacity as trustee of the Gelastopoulos Trust dated May 7, 2003;CHRISOULA GELASTOPOULOS, in individual and representative capacity as trustee of the Gelastopoulos Trust dated May 7, 2003; MIDAS INTERNATIONAL CORPORATION, a Delaware Corporation; and Does 1-10,<br><br>         Defendants. | Case: 3:18-CV-00938-JLS-NLS<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

# **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 26, 2018  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
 Phyl Grace
 Attorneys for Plaintiff

Dated: October 26, 2018  CALL & JENSEN

By: /s/ Ryan M. McNamara
 Ryan M. McNamara
 Attorney for Defendants
 Ioannis Gelastopoulos, Chrisoula Gelastopoulos and Midas International Corporation

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ryan M. McNamara, counsel for Ioannis Gelastopoulos, Chrisoula Gelastopoulos and Midas International Corporation, and that I have obtained Mr. McNamara's authorization to affix his electronic signature to this document.

Dated: October 26, 2018         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff